UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOCTOR'S ASSOCIATES INC., **Plaintiff** -v- LOUIS AGNELLO, COUSIN VINNY'S WAY, and MY WAY SUBS, **Defendant**s | Case No. **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Doctor's Associates Inc.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** June 16, 2008

_____
**Signature of Attorney**
Mark S. Kaufman
**Attorney Bar Code:** MK 2006

Form Rule7_1.pdf