INDEX # : 08 CV 5452
Date Filed:
Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK** **DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: MARK S. KAUFMAN KAUFMAN & KAHN, LLP PH: 212-293-5556
Address: 747 THIRD AVENUE, 32ND FLR NEW YORK NY 10017-9998 File No.:

*DOCTOR'S ASSOCIATES INC*

*vs* *Plaintiff(s)/Petitioner(s)*

*LOUIS AGNELLO, COUSIN VINNY'S WAY AND MY WAY SUBS*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.: **AFFIDAVIT OF SERVICE**

Robert Crandall, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On June 20, 2008 at 4:09pm, at 2726 EAST TREMONT AVENUE , BRONX, NY 10461-2808, deponent served the within SUMMONS & COMPLAINT, ORDER TO SHOW CAUSE WITH (TRO),MEMO OF LAW & INDIVIDUAL RULES OF JUDGE WILLIAM H. PAULEY III & MAGISTRATE JUDGE MAAS, WITH ECF RULES

on: **COUSIN VINNY'S WAY**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering thereat a true copy of each to LOUIS AGNELLO personally, deponent knew the person so served to be the AGENT AUTHORIZED of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to ____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
Address confirmed by ____.

#5 MAIL COPY [X] On June 20, 2008, deponent completed service by depositing a true copy of each document to the Defendant at 2726 EAST TREMONT AVENUE , BRONX, NY 10461-2808 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor[ ] and Certified Mail # ____

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: White Color of hair: Black/Gray Age: 40 - 50 Yrs. Height: 5' 4" - 5' 8"
Weight: Over 200 Lbs. Other Features: ____

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on June 24, 2008

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 08016770

INDEX # : 08 CV 5452
Date Filed: ____________
Court Date: ____________

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: MARK S. KAUFMAN KAUFMAN & KAHN, LLP PH: 212-293-5556
Address: 747 THIRD AVENUE, 32ND FLR NEW YORK NY 10017-9998 File No.:

*DOCTOR'S ASSOCIATES INC*

*Plaintiff(s)/Petitioner(s)*

*vs*

*LOUIS AGNELLO, COUSIN VINNY'S WAY AND MY WAY SUBS*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF SERVICE

Robert Crandall, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On June 20, 2008 at 4:09pm, at 2726 EAST TREMONT AVENUE , BRONX, NY 10461-2808, deponent served the within SUMMONS & COMPLAINT, ORDER TO SHOW CAUSE WITH (TRO),MEMO OF LAW & INDIVIDUAL RULES OF JUDGE WILLIAM H. PAULEY III & MAGISTRATE JUDGE MAAS, WITH ECF RULES

on: **MY WAY SUBS**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering thereat a true copy of each to LOUIS AGNELLO personally, deponent knew the person so served to be the AGENT AUTHORIZED of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to ____________ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ________ day of ____________ at ________
on the ________ day of ____________ at ________
on the ________ day of ____________ at ________
Address confirmed by____________.

#5 MAIL COPY [X] On June 20, 2008, deponent completed service by depositing a true copy of each document to the Defendant at 2726 EAST TREMONT AVENUE , BRONX, NY 10461-2808 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # ____________

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: White Color of hair: Black/Gray Age: 40 - 50 Yrs. Height: 5' 4" - 5' 8"
Weight: Over 200 Lbs. Other Features: ____________

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on June 24, 2008

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 08016771

INDEX # : 08 CV 5452
Date Filed:
Court Date:

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: MARK S. KAUFMAN KAUFMAN & KAHN, LLP PH: 212-293-5556
Address: 747 THIRD AVENUE, 32ND FLR NEW YORK NY 10017-9998 File No.:

*DOCTOR'S ASSOCIATES INC*

*vs* — *Plaintiff(s)/Petitioner(s)*

*LOUIS AGNELLO, COUSIN VINNY'S WAY AND MY WAY SUBS*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

Robert Crandall, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On June 20, 2008 at 4:09pm, at 2726 EAST TREMONT AVENUE , BRONX, NY 10461-2808, deponent served the within SUMMONS & COMPLAINT, ORDER TO SHOW CAUSE WITH (TRO),MEMO OF LAW & INDIVIDUAL RULES OF JUDGE WILLIAM H. PAULEY III & MAGISTRATE JUDGE MAAS, WITH ECF RULES

on: **MY WAY SUBS**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering thereat a true copy of each to LOUIS AGNELLO personally, deponent knew the person so served to be the AGENT AUTHORIZED of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to ____ ____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
Address confirmed by ____.

#5 MAIL COPY [X] On June 20, 2008, deponent completed service by depositing a true copy of each document to the Defendant at 2726 EAST TREMONT AVENUE , BRONX, NY 10461-2808 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yo[ ] and Certified Mail # ____

#6 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: White Color of hair: Black/Gray Age: 40 - 50 Yrs. Height: 5' 4" - 5' 8"
Weight: Over 200 Lbs. Other Features: ____

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on June 24, 2008

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 08016771