UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOCTOR'S ASSOCIATES INC.,

                      Plaintiff,

- against -

LOUIS AGNELLO, COUSIN VINNY'S WAY
and MY WAY SUBS,

                      Defendants.
------------------------------------------------------------X

Case No. 08 Civ. 5452
(WHP / FM)

**DECLARATION
OF SERVICE**

      KAREN HEMMINGS, a resident of Brooklyn, New York over the age of 18 years, declares as follows:

      That on the 8th day of July, 2008, declarant served the within TRANSCRIPT of proceedings held on 6/30/08 before Judge William H. Pauley, III, upon

        Louis Agnello
        Cousin Vinny's Way
        2726 E. Tremont Avenue
        Bronx, NY 10461-2808,

defendants in this action, at their business address, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       July 8, 2008

                                                _/s/ Karen Hemmings_
                                                Karen Hemmings