```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DOCTOR'S ASSOCIATES INC.,                :
                                         :    08 Civ. 5452 (WHP)
                    Plaintiff,           :
                                         :    ORDER
         -against-                       :
                                         :
LOUIS AGNELLO, et al.,                   :
                                         :
                    Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       A status conference shall take place September 19, 2008 at 10:15 a.m.

Dated: August 28, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

Mark Samuel Kaufman, Esq.
747 Third Avenue, 32nd Floor
New York, NY 10017
(212)-293-5556
Fax: (212)-682-6425
*Counsel for Plaintiff*